AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

United States

v.

Hector Manuel Rosario Batista

**APPEARANCE**

Case Number: 07 Mag 566

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hector Manuel Rosario Batista

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 16, 2007 | *Roy R Kulcsar* (signature) |
| Date | Signature |
| | Roy R. Kulcsar, Esq — rrk8079 |
| | Print Name — Bar Number |
| | 27 Union Square West |
| | Address |
| | New York, New York 10003 |
| | City / State / Zip Code |
| | (201) 446-0294   (201) 439-1478 |
| | Phone Number   Fax Number |